# EXHIBIT A

# DDP MEDICAL SUPPLY

## 800-437-4455

## Wound Care Supplies

| Item | Qty | Price |
|---|---|---|
| Hypafix™ Dressing Retention Roll, 2" x 10 yds | 1 Roll | $9.65 |
| Kerlix™ 6-Ply Sterile Gauze Roll, 3 7/16" x 3 3/16 ft | 1 Roll | $0.97 |
| CURAD Camo Fabric Adhesive Bandages, 3/4"x3" | 25/Box | $1.60 |
| Kerlix™ Bandage Roll, 4 1/2" x 4 1/8 yds | 1 Roll | $1.43 |
| Covaderm® Plus Adhesive Wound Dressing, 4" x 4" | 10/Box | $28.55 |
| Hypafix™ Dressing Retention Roll, 4" x 10 yds | 1 Roll | $16.55 |
| Nexcare™ Opticlude™ Orthoptic Eye Patch, Regular | 20/Box | $5.99 |
| Telfa™ Non-Adherent Sterile Dressing, 2" x 3" | 100/Box | $9.88 |
| Curity™ Gauze Sponge, 2" x 2" | 200/Bag | $2.39 |
| Carrasyn Hydrogel, 3oz Tube | 1 Tube | $6.93 |



### CareALL®
### A & D Ointment
Skin Protectant

4oz. Tube ............ $1.07



### GOODSENSE® Saline Wound Wash First Aid Cleanser



7.4 oz Spray ............... $3.89

- Preservative & Drug Free Solution
- Sterile Saline Wound Wash
- 0.9% Sodium Chloride Solution
- Gentle, Non Stinging Formula
- Helps Remove Dirt Painlessly
- Bottle Sprays at Any Angle

## No Freight On Orders Over $250!

11800 28th St. N   St. Petersburg, FL 33716
800-437-4455    FAX: 800-571-9444    www.ddpmedical.com
To unsubscribe from these communications, please send a fax to 1-800-571-9444.

030217