IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | |
|---|---|
| CAMP DRUG STORE, INC., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |
| Plaintiff, | ) ) Case No. 3:17-CV-00397 |
| v. | ) ) Honorable Nancy J. Rosenstengel |
| EMILY CORPORATION d/b/a DDP MEDICAL SUPPLY, | ) ) Magistrate Donald G. Wilkerson ) ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed to by and between Plaintiff, Camp Drug Store, Inc. and Defendant Emily Corporation d/b/a DDP Medical Supply (the "Parties"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), that this matter between the Parties, be dismissed without prejudice, with each party to bear its respective fees and costs incurred.

Dated: January 8, 2018

By: /s/ Phillip A. Bock

Phillip A. Bock
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St,, Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500
*Attorney for Plaintiff*

By: /s/ Bart Murphy

Bart Murphy
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, IL 60532
Telephone: 630-955-6392
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Phillip A. Bock