IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CAMP DRUG STORE, INC.,               )
                                     )
             Plaintiff,              )
                                     )
vs.                                  )      Case No. 17-CV-397-NJR-DGW
                                     )
EMILY CORPORATION d/b/a DDP          )
MEDICAL SUPPLY,                      )
                                     )
             Defendant.              )

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Voluntary Dismissal filed on January 11, 2018, this action is **DISMISSED without prejudice**.

DATED:  January 12, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
     Deputy Clerk

APPROVED: _____
          NANCY J. ROSENSTENGEL
          United States District Judge